IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE NISHIHARA., Individually and on )
Behalf of All Others Similarly Situated, )
                                        )
                        Plaintiff,      )     Civil Action No. 2:10-cv-01526-JFC
                                        )
        v.                              )
                                        )
ATLAS ENERGY, INC., EDWARD E.           )     The Honorable Joy Flowers Conti
COHEN, JONATHAN Z. COHEN, RICHARD)
D. WEBER,  CARLTON M. ARRENDELL,   )
DONALD W. DELSON, DENNIS A. HOLTZ,)           ELECTRONICALLY FILED
HARMON S. SPOLAN, MARK C.               )
BIDERMAN, GAYLE P.W. JACKSON,           )
JESSICA K. DAVIS, ELLEN F. WARREN,    )
BRUCE M. WOLF, CHEVRON                  )
CORPORATION, and ARKHAN,                )
                                        )
                        Defendants.     )
                                        )

**JOINT REPORT AND MOTION TO STAY AND
ADMINISTRATIVELY CLOSE THIS ACTION**

Plaintiff Lance Nishihara and defendants Atlas Energy, Inc. ("Atlas"), Edward E. Cohen,

Jonathan Z. Cohen, Richard D. Weber, Carlton M. Arrendell, Mark C. Biderman, Jessica K. Davis,

Donald W. Delson, Dennis A. Holtz, Harmon S. Spolan, Gayle P.W. Jackson, Ellen F. Warren, and

Bruce M. Wolf (collectively with Atlas, the "Atlas Defendants"), Chevron Corporation ("Chevron"),

and Arkhan Corporation ("Arkhan"), by and through their respective undersigned counsel of record,

respectfully submit this report and motion to stay and administratively close this action.   In

accordance with the Court's February 9, 2011 Order (Doc. 26) that the parties report on the status of

the transaction at issue in this litigation and the Delaware settlement proceedings, and in support of

its motion, the parties state as follows:

1.      On February 9, 2011, the Court issued an Order that, among other things, directed the

parties to report on the status of the transaction and the Delaware settlement proceedings within

thirty (30) days.

- 1 -

2.      Consistent with that order, the parties make the following report: The transaction at issue in this action closed on Thursday February 17, 2011. Following the proposed settlement in Delaware, on March 8, 2011, the parties in this action reached a resolution of this matter, which includes the payment of a mootness fee for certain disclosures made in the proxy statement sent to Atlas Energy Inc.'s stockholders. The parties will inform the Delaware Court of Chancery of this resolution at the settlement hearing.

3.      Defendants expect that the parties in the Delaware action will submit final settlement papers to the Delaware Court of Chancery within the next few weeks, and that, consistent with Delaware class action practice, the Delaware court likely will schedule a hearing to determine the fairness of the settlement, following notice to the settlement class, for sometime in early or mid-summer.

4.      In light of the closing of the transaction and pending settlement in Delaware, the parties propose that the Court stay and administratively close this action pending final review of the settlement by the Delaware court. If the settlement is approved by the Delaware Court of Chancery, Plaintiff Lance Nishihara will seek dismissal of this action with prejudice.

WHEREFORE, the parties respectfully request that the Court enter the attached proposed order, and mark this action administratively closed.

DATED: March 10, 2011

ROBBINS UMEDA LLP
MARC M. UMEDA
STEPHEN J. ODDO
ARSHAN AMIRI


                                   s/Stephen J. Oddo
                                   STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
mumeda@robbinsumeda.com
soddo@robbinsumeda.com
aamiri@robbinsumeda.com

LAW OFFICES OF ALFRED G.
   YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Atlas Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

KENDALL LAW GROUP, LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney, Suite 700
Dallas, TX  75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckeyl@kendalllawgroup.com

Attorneys for Plaintiff

DATED:  March 10, 2011

REED SMITH LLP
DANIEL I. BOOKER
WILLIAM J. SHERIDAN


_____
s/Daniel I. Booker
DANIEL I. BOOKER

Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile:  (412) 288-3063
dbooker@reedsmith.com
wsheridan@reedsmith.com

Attorneys for the Atlas Defendants


MANION MCDONOUGH & LUCAS, P.C.
KEVIN LUCAS


_____
s/Kevin Lucas
KEVIN LUCAS

600 Grant Street, Suite 1414
Pittsburgh, PA 15219
Telephone: (412) 232-0200
Facsimile:  (412) 232-0206
klucas@mmlpc.com

Attorneys for defendants Chevron and Arkhan

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with this Court on March 10, 2011, through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

s/ Kevin Lucas
KEVIN LUCAS
